**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ADAMS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:17-CV-00181 (VAC-MPT) ) JURY TRIAL DEMANDED |
| THE HON. JOHN CARNEY, Governor of the State of Delaware, | ) ) ) |
|     Defendant. | ) |

## **NOTICE OF SERVICE**

The undersigned certifies that on May 30, 2017, he caused a true and correct copy of the

*Defendant's Initial Disclosures* to be sent via U.S. Mail to the following:

David Finger
FINGER & SLANINA LLC
One Commerce Center
1201 North Orange Street, 7th Floor
Wilmington, DE  19801
(302) 573-2524

                                                  **DEPARTMENT OF JUSTICE
                                                  STATE OF DELAWARE**
                                                  /s/ Ryan P. Connell
                                                  Ryan P. Connell (#5423)
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE  19801
                                                  (302)577-8400