## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:17-CV-00181 (VAC-MPT) |
| | ) | JURY TRIAL DEMANDED |
| THE HON. JOHN CARNEY, | ) | |
| Governor of the State of Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

### THE HON. JOHN CARNEY'S MOTION FOR SUMMARY JUDGMENT

The Honorable John Carney, by and through the undersigned counsel, hereby move for summary judgment pursuant to FED. R. CIV. P. 56 for the reasons set forth in the accompanying brief.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Aaron R. Goldstein*
Aaron R. Goldstein (#3735)
State Solicitor
Carvel State Building, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Ryan P. Connell*
Christian Douglas Wright (#3554)
Ryan P. Connell (#5423)
Deputy Attorneys General
Carvel State Building, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

*Attorneys for The Hon. John Carney*

Date: September 29, 2017

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES R. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:17-CV-00181 (VAC-MPT) |
| | ) | JURY TRIAL DEMANDED |
| THE HON. JOHN CARNEY, | ) | |
| Governor of the State of Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This _____ day of _____, 201___, IT IS HEREBY ORDERED that the Hon. John Carney's Motion for Summary Judgment is GRANTED and the Clerk is directed to enter a JUDGMENT in the above-named defendant's favor and against the plaintiff.


_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 29, 2017, he caused a true and correct copy of

the attached **The Hon. John Carney's Motion for Summary Judgment** to be filed with the Clerk

of Court using CM/ECF which will send notification to the following:

David Finger
FINGER & SLANINA LLC
One Commerce Center
1201 North Orange Street, 7th Floor
Wilmington, DE  19801
(302) 573-2524

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ *Ryan P. Connell*
Ryan P. Connell (#5423)