## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ADAMS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 17-181-MPT |
| THE HON. JOHN CARNEY<br>Governor of the State of Delaware, | : |
| Defendant. | : |

## **JUDGMENT ORDER**

Consistent with the reasoning contained in the Memorandum Opinion of December 6, 2017, IT IS ORDERED and ADJUDGED that plaintiff's motion for summary judgment (D.I. 31) is GRANTED, and defendant's motion for summary judgment (D.I. 28) is DENIED.

Dated: December 6, 2017        /s/ Mary Pat Thynge
                               Chief U.S. Magistrate Judge