IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-181-MPT |
| | ) | |
| THE HON. JOHN CARNEY, | ) | |
| Governor of the State of Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SUBSTITUTION OF DEFENDANT'S COUNSEL</u>

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, David C. McBride, Martin S. Lessner and Pilar G. Kraman of Young Conaway Stargatt & Taylor LLP have entered their appearance for Defendant, the Honorable John Carney (*see* D.I. 44-46), and Christian D. Wright and Ryan P. Connell of the State of Delaware Department of Justice hereby withdraw as counsel of record for Defendant, the Honorable John Carney.

01:22684722.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*

David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
mlessner@ycst.com
pkraman@ycst.com

*Attorneys for Defendant*
*The Hon. John Carney*

DATED:  December 22, 2017

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Christian Douglas Wright*

Christian Douglas Wright (No. 3554)
Deputy Attorney General
Ryan P. Connell (No. 5423)
Deputy Attorney General
Department of Justice
820 N. French Street
Carvel State Bldg., 6th Floor
Wilmington, DE 19801
(302) 577-8400
christian.wright@state.de.us
ryan.connell@state.de.us

*Withdrawing Attorneys for Defendant*
*The Hon. John Carney*

01:22684722.1

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, hereby certify that on December 22, 2017, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David L. Finger, Esquire
Finger & Slannina, LLC
One Commerce Center
1201 N. Orange St., 7th Floor
Wilmington, DE  19801
*dfinger@delawgroup.com*

*Attorneys for Plaintiff*

I further certify that on December 22, 2017, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:   December 22, 2017

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/  Pilar G. Kraman*
David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*dmcbride@ycst.com*
*mlessner@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendant,*
*The Hon. John Carney*

01:22683618.1