IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-181 MPT |
| | ) | |
| THE HON. JOHN CARNEY, | ) | |
| Governor of the State of Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Honorable John Carney, Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action on December 6, 2017 (D.I. 39), granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment for the reasons set forth in the Memorandum Opinion entered that same date (D.I. 40).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: January 5, 2018

/s/ *Pilar G. Kraman*
David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
mlessner@ycst.com
pkraman@ycst.com

*Attorneys for Defendant, The Hon. John Carney*

## <u>CERTIFICATE OF SERVICE</u>

I, Pilar G. Kraman, hereby certify that on January 5, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David L. Finger, Esquire
> Finger & Slannina, LLC
> One Commerce Center
> 1201 N. Orange St., 7th Floor
> Wilmington, DE  19801
> *dfinger@delawgroup.com*
>
> *Attorneys for Plaintiff*

I further certify that on January 5, 2018**,** I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:   January 5, 2018

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> */s/  Pilar G. Kraman*
> David C. McBride (No. 408)
> Martin S. Lessner (No. 3109)
> Pilar G. Kraman (No. 5199)
> Rodney Square
> 1000 N. King Street
> Wilmington, Delaware 19801
> *dmcbride@ycst.com*
> *mlessner@ycst.com*
> *pkraman@ycst.com*
>
> *Attorneys for Defendant,*
> *The Hon. John Carney*

01:22683618.1