**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-181-MPT |
| | ) |
| THE HON. JOHN CARNEY, | ) |
| Governor of the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO EXPEDITE BRIEFING ON MOTION TO
STAY COURT'S JUDGMENT ORDER (D.I. 39, 62) PENDING APPEAL**

Defendant hereby moves pursuant to D. Del. Local Rule 7.1.2(b) for an order expediting consideration of Defendant's Motion to Stay Court's Judgment Order (D.I. 39, 62) Pending Appeal, which is incorporated herein by reference.

Pursuant to Fed. R. App. P. 4(a), Defendant's revised notice of appeal is due June 22, 2018.  As Defendant notes in its Motion to Stay, Defendant's appeal presents substantial legal questions—in fact, issues of first impression.  Moreover, absent a stay there is substantial risk of irreparable harm not only to Defendant, but to the Delaware General Assembly, the public, and governmental institutions nationwide (including our federal government) that appoint judicial officers.

Good cause warrants expedition of the Motion to Stay, particularly in light the General Assembly's impending approval of two new positions on the very busy Court of Chancery by the end of June, thereby starting the clock for the Governor to appoint those judicial officers in accord with the Delaware Constitution.  *See* Motion to Stay at ¶ 5.

WHEREFORE, Defendant respectfully requests the Court expedite consideration of Defendant's Motion to Stay, requiring Plaintiff to respond by June 8 and Defendant to file any reply by June 13.

| | |
|---|---|
| Dated:  June 1, 2018 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Pilar G. Kraman

David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
mlessner@ycst.com
pkraman@ycst.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Pilar G. Kraman, hereby certify that on June 1, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David L. Finger, Esquire
>Finger & Slannina, LLC
>One Commerce Center
>1201 N. Orange St., 7th Floor
>Wilmington, DE  19801
>*dfinger@delawgroup.com*
>
>*Attorneys for Plaintiff*

I further certify that on June 1, 2018, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:   June 1, 2018

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/  Pilar G. Kraman*
David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*dmcbride@ycst.com*
*mlessner@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendant,*
*The Hon. John Carney*