**DEFENDANT'S CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1.**

The undersigned counsel for Defendant hereby certifies that the parties conferred regarding the matters set forth in Defendant's motion to stay and motion to expedite briefing on the motion to stay, but no agreement was reached.

_____
Pilar G. Kraman (No. 5199)