**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-181-MPT |
| | ) |
| THE HON. JOHN CARNEY, | ) |
| Governor of the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This __ day of _____, 2018, having considered Defendant's Motion to Expedite Briefing on Motion to Stay Court's Judgment Order (D.I. 39, 62) Pending Appeal, and any response thereto, it is HEREBY ORDERED that Defendant's Motion is GRANTED.

Plaintiff's response to Defendant's Motion to Stay shall be filed no later than June 8, 2018. Defendant's reply in support of his Motion shall be filed no later than June 13, 2018.

_____
The Hon. Mary Pat Thynge